UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-6599-VALLE
21-642-GMH (District of Columbia)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WALDER ST. LOUIS,

    Defendant.

_____

## DETENTION ORDER

Pursuant to 18 U.S.C. § 3142(f), on November 8, 2021, a hearing was held to determine whether Defendant, Walder St. Louis should be detained prior to trial. Having considered the factors enumerated in 18 U.S.C. § 3142(g), this Court finds that no condition or combination of conditions will reasonably assure the appearance of this Defendant as required and/or the safety of any other person and the community. Therefore, it is hereby ordered that Defendant, Walder St. Louis be detained prior to trial and until the conclusion thereof.

In accordance with the provisions of 18 U.S.C. § 3142(i), the Court hereby makes the following findings of fact and statement of reasons for the detention:

1. The Defendant is charged with conspiracy to violate the Export Control Act, in violation of 18 U.S.C. § 371; violation of the Export Control Act, in violation of 50 U.S.C. § 4811(2), and smuggling firearms, in violation of 18 U.S.C. § 554(c).  18 U.S.C. § 3142(g)(1).

2. The weight of the evidence against the Defendant is substantial. Government witnesses will testify that during the time period of September 24 to October 30, 2021, the Defendant was associated with the Haitian gang known as "400 Mawozo," which has claimed responsibility for the kidnaping for ransom of 16

American missionaries in Haiti. The Defendant's role was to purchase firearms in the United States and to cause the shipment of the firearms to Haiti for use by 400 Mawozzo. The Defendant's activities are documented by text messages and photographs that were found on the cellular telephone of one of the co-conspirators. 18 U.S.C. § 3142(g)(2).

3. The pertinent history and characteristics of the Defendant are that he is a Haitian national who is a permanent resident of the United States. He has lived in South Florida for 15 years and currently resides in Miami with his parents and siblings. The Defendant owns no real property and his only asset is a 2009 Honda Accord. He claims employment at a paving company.

The Defendant's family members are willing to post $10,000.00 to secure a bond. However, the Defendant had five firearms at his residence at the time of his arrest and has a valid Haitian passport. In view of the Defendant's lack of ties to the District of Columbia, his ties to Haiti and the substantial sentence he faces if convicted of the offenses alleged in the complaint, he must be deemed to be a risk of flight. 18 U.S.C. § 3142(g)(3)(A) and (B).

4. There is probable cause to believe the Defendant purchased and shipped to Haiti a number of weapons for use by a violent gang which has engaged in kidnaping American citizens. Accordingly, the Defendant constitutes a danger to the community. 18 U.S.C. § 3142(g)(4).

5. The Court specifically finds that there are no conditions or combination of conditions which reasonably will assure the Defendant's appearance as required and/or the safety of any other person and the community. 18 U.S.C. § 3142(e).

Based upon the above findings of fact, which were supported by clear and convincing evidence, the Court has concluded that this Defendant presents a danger

to the community and a serious risk of flight if released prior to trial.. The Court hereby directs:

      (a) That the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal;

      (b) That the Defendant be afforded reasonable opportunity for private consultation with counsel; and

      (c) That, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED at Fort Lauderdale, Florida, this 20th day of November, 2021.

                                                          LURANA S. SNOW
                                                          UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Catherine Koontz (FTL)
AFPD Tim Day (FTL)

U.S. Probation Office (FTL)