INTERPRETER

# U.S. District Court
# Southern District of Florida (Ft Lauderdale)
# CRIMINAL DOCKET FOR CASE #: **0:21−mj−06599−AOV**−1

Case title: USA v. St. Louis                    Date Filed: 11/01/2021

                                                Date Terminated: 11/09/2021

Assigned to: Magistrate Judge
Alicia O. Valle

**Defendant (1)**

| | | |
|---|---|---|
| **Walder St. Louis**<br>72170−509<br>*YOB 1988 CREOLE*<br>*TERMINATED: 11/09/2021* | represented by | **Noticing FPD−FTL**<br>(954) 356−7436<br>Email: ftl_ecf@fd.org<br>*TERMINATED: 11/02/2021*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender Appointment*<br><br>**Timothy Day**<br>Federal Public Defender's Office<br>1 E Broward Boulevard<br>Suite 1100<br>Fort Lauderdale, FL 33301<br>954−356−7436<br>Fax: 954−356−7556<br>Email: timothy_day@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

**Complaints**               **Disposition**

18:371.F Conspiracy, 18:554.F
Smuggling

---

**Plaintiff**

**USA**                              represented by   **M. Catherine Koontz**
                                                      United States Attorney's Office
                                                      Fort Lauderdale, FL
                                                      954–660–5940
                                                      Email: Catherine.Koontz@usdoj.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 11/01/2021 | 1 | | Magistrate Removal of Complaint from District of Columbia Case number in the other District not on complaint as to Walder St. Louis (1). (dd) (Entered: 11/02/2021) |
| 11/01/2021 | | | Arrest of Walder St. Louis (dd) (Entered: 11/02/2021) |
| 11/01/2021 | 2 | | PAPERLESS NOTICE OF HEARING as to Walder St. Louis Initial Appearance – Rule 5(c)(3)/40 set for 11/1/2021 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate. (dd) (Entered: 11/02/2021) |
| 11/01/2021 | 3 | | Minute Order for proceedings held before Magistrate Judge Alicia O. Valle: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Walder St. Louis held on 11/1/2021. Detention Hearing set for 11/8/2021 10:00 AM in Fort Lauderdale Division before FTL Duty Magistrate. Removal Hearing set for 11/8/2021 10:00 AM in Fort Lauderdale Division before FTL Duty Magistrate. Haitian Creole Interpreter present. Attorney added: Noticing FPD–FTL for Walder St. Louis (Digital 12:17:55) Signed by Magistrate Judge Alicia O. Valle on 11/1/2021. (dd) (Entered: 11/02/2021) |
| 11/02/2021 | 4 | | Notice of Assignment of Assistant Federal Public Defender as to Walder St. Louis. Attorney Timothy Day added. Attorney Noticing FPD–FTL terminated.. Attorney Timothy Day added to party Walder St. Louis(pty:dft). (Day, Timothy) (Entered: 11/02/2021) |
| 11/02/2021 | 5 | | Invocation of Right to Silence and Counsel by Walder St. Louis (Day, Timothy) (Entered: 11/02/2021) |
| 11/08/2021 | 6 | | Minute for proceedings held before Magistrate Judge Lurana S. Snow: Detention Hearing as to Walder St. Louis held on 11/8/2021. Witness Agent, Joseph Kenny testified. Defendant ordered detained. Order to follow. Removal Hearing as to Walder St. Louis held on 11/8/2021. Defendant Order Removed. Haitian Creole Interpreter present. (Digital 10:04:24)

It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to |

| | | | |
|---|---|---|---|
| | | | the defendant all exculpatory evidence– that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. (tw) (Entered: 11/08/2021) |
| 11/08/2021 | 7 | | EXHIBIT AND WITNESS LIST by USA as to Walder St. Louis. (tw) (Entered: 11/08/2021) |
| 11/09/2021 | 8 | | COMMITMENT TO ANOTHER DISTRICT as to Walder St. Louis. Defendant committed to District of District of Columbia.. Closing Case for Defendant. Signed by Magistrate Judge Lurana S. Snow on 11/9/2021. *See attached document for full details.* (dd) (Entered: 11/09/2021) |
| 11/09/2021 | 9 | | Notice of Criminal Transfer to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Walder St. Louis. Your case number is: 1:21mj000642–GMH. Docket sheet and documents attached. If you require certified copies of any documents, please call our Records Section at 305–523–5210. *Attention Receiving Court*: If you wish to designate a different email address for future transfers, send your request to TXND at: InterDistrictTransfer_TXND@txnd.uscourts.gov. (dd) (Entered: 11/09/2021) |
| 11/23/2021 | 10 | | DETENTION ORDER as to Walder St. Louis. (Signed by Magistrate Judge Lurana S. Snow on 11/20/2021). *(See attached document for full details).* (at) (Entered: 11/23/2021) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-6599-VALLE
21-642-GMH (District of Columbia)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WALDER ST. LOUIS,

    Defendant.
_____

## DETENTION ORDER

    Pursuant to 18 U.S.C. § 3142(f), on November 8, 2021, a hearing was held to determine whether Defendant, Walder St. Louis should be detained prior to trial. Having considered the factors enumerated in 18 U.S.C. § 3142(g), this Court finds that no condition or combination of conditions will reasonably assure the appearance of this Defendant as required and/or the safety of any other person and the community. Therefore, it is hereby ordered that Defendant, Walder St. Louis be detained prior to trial and until the conclusion thereof.

    In accordance with the provisions of 18 U.S.C. § 3142(i), the Court hereby makes the following findings of fact and statement of reasons for the detention:

    1. The Defendant is charged with conspiracy to violate the Export Control Act, in violation of 18 U.S.C. § 371; violation of the Export Control Act, in violation of 50 U.S.C. § 4811(2), and smuggling firearms, in violation of 18 U.S.C. § 554(c). 18 U.S.C. § 3142(g)(1).

    2. The weight of the evidence against the Defendant is substantial. Government witnesses will testify that during the time period of September 24 to October 30, 2021, the Defendant was associated with the Haitian gang known as "400 Mawozo," which has claimed responsibility for the kidnaping for ransom of 16

American missionaries in Haiti. The Defendant's role was to purchase firearms in the United States and to cause the shipment of the firearms to Haiti for use by 400 Mawozzo. The Defendant's activities are documented by text messages and photographs that were found on the cellular telephone of one of the co-conspirators. 18 U.S.C. § 3142(g)(2).

3. The pertinent history and characteristics of the Defendant are that he is a Haitian national who is a permanent resident of the United States. He has lived in South Florida for 15 years and currently resides in Miami with his parents and siblings. The Defendant owns no real property and his only asset is a 2009 Honda Accord. He claims employment at a paving company.

The Defendant's family members are willing to post $10,000.00 to secure a bond. However, the Defendant had five firearms at his residence at the time of his arrest and has a valid Haitian passport. In view of the Defendant's lack of ties to the District of Columbia, his ties to Haiti and the substantial sentence he faces if convicted of the offenses alleged in the complaint, he must be deemed to be a risk of flight. 18 U.S.C. § 3142(g)(3)(A) and (B).

4. There is probable cause to believe the Defendant purchased and shipped to Haiti a number of weapons for use by a violent gang which has engaged in kidnaping American citizens. Accordingly, the Defendant constitutes a danger to the community. 18 U.S.C. § 3142(g)(4).

5. The Court specifically finds that there are no conditions or combination of conditions which reasonably will assure the Defendant's appearance as required and/or the safety of any other person and the community. 18 U.S.C. § 3142(e).

Based upon the above findings of fact, which were supported by clear and convincing evidence, the Court has concluded that this Defendant presents a danger

to the community and a serious risk of flight if released prior to trial.. The Court hereby directs:

    (a) That the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal;

    (b) That the Defendant be afforded reasonable opportunity for private consultation with counsel; and

    (c) That, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED at Fort Lauderdale, Florida, this 20th day of November, 2021.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Catherine Koontz (FTL)
AFPD Tim Day (FTL)

U.S. Probation Office (FTL)